UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHELBY OWNBEY, <br><br> Plaintiff, <br><br> v. <br><br> AKER KVAERNER INDUSTRIAL CONSTRUCTORS, et al., <br><br> Defendants. | Civ. Action No. 07-2190 (KSH) <br><br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons articulated in the Opinion filed herewith, and good cause appearing,

It is on this 21nd day of December, 2009,

**ORDERED** that ImClone Systems, Inc.'s ("ImClone") motion for summary judgment on its cross-claims for contractual indemnification against Epic is **denied**; and it is further

**ORDERED** that Aker Kvaerner Pharmaceuticals, Inc.'s ("Aker") motion for summary judgment on its claims for contractual indemnification against Epic is **denied**; and it is further

**ORDERED** that Epic's motion for summary judgment on its claim seeking a dismissal of ImClone's and Aker's cross-claims for contractual indemnification is **denied**.

/s/Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.