**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**SHELBY OWNBEY AND JOYCE OWNBEY, h/w**

*Plaintiffs,*

v.

**AKER KVAERNER PHARMACEUTICALS, INC., et al.**

*Defendants.*

CIVIL ACTION No. 2:07-cv-02190-KSH-CLW

---

**AKER KVAERNER PHARMACEUTICALS, INC.**

Third Party Plaintiff,

v.

**ADVANTAGE BUILDINGS & EXTERIOR, INC., MID-CONTINENT CASUALTY CO., ZURICH AMERICAN INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA.,**

Third Party Defendants.

---

**AKER KVAERNER PHARMACEUTICALS, INC.'S**
**MOTION FOR AN AWARD OF ATTORNEY FEES**

In accordance with the Court's Order dated October 1, 2018 [DE 609], as last amended [see DE 619], Defendant/Third Party Plaintiff Aker Kvaerner Pharmaceuticals, Inc. ("Aker") hereby presents its Motion for an Award of Attorney Fees (the "Motion").  Aker seeks award of its legal fees and expenses incurred in this matter on the bases that (i) it is a successful

claimant in an insurance coverage action against Mid-Continent Casualty Co. ("MCC") and Zurich American Insurance Company ("Zurich") and is therefore entitled to an award of legal costs under New Jersey Court Rule 4:42-9(a)(6); and (ii) Aker's contracts with Advantage Buildings & Exterior, Inc. ("Advantage") and Epic Interiors, LLC ("Epic") require Advantage and Epic to indemnify Aker for all legal fees and expenses it incurred in this lawsuit successfully prosecuting its contractual indemnity claims against them.

In support of this Motion, Aker relies upon the pleadings and filings of record in this case, and the following documents which Aker has filed herewith:

1. Brief in Support of Aker's Motion for an Award of Attorney Fees, together with supporting appendix and exhibits;

2. Declaration of Joseph L. Luciana, III, in Support of Aker's Motion for an Award of Attorney Fees, together with supporting exhibit;

3. Declaration of Ronald J. Chleboski, Jr., in Support of Aker's Motion for an Award of Attorney Fees, together with supporting exhibit;

4. Certification of Marc L. Dembling, together with supporting exhibit;

5. Certification of Lynda A. Bennet, together with supporting exhibit; and

6. [Proposed] Order Granting Aker Kvaerner Pharmaceuticals, Inc.'s Motion for Attorney Fees.

Aker will make further filings as set forth in the Court's Orders [e.g., DE 634] or as may subsequently be ordered.

METHFESSEL & WERBEL P.C.

Dated:   August 14, 2019
By:

s/ Marc Dembling
Marc Dembling, Esq.

and

Joseph L. Luciana, III, Esquire
(*pro hac*)
Ronald J. Chleboski, Jr.,
Esquire (*pro hac*)
DFL Legal
20 Stanwix Street, 3rd Floor
Pittsburgh, PA   15222

*Attorneys for Defendant/Third
Party Plaintiff
Aker Kvaerner Pharmaceuticals,
Inc.*