# EXHIBIT 1

### A. Set Up Insurance Case

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 24.15 | $ 8,927.91 |
| Chleboski , R. J. | 57.75 | 18,316.98 |
| Korgul, Margaret T. | 14.70 | 2,799.65 |
| Smith Miller , M. E. | 34.10 | 5,507.32 |
| Cramer , R. A. | 14.00 | 1,854.16 |
| VanBortel , P. J. | 1.50 | 222.88 |
| **Total** | **146.20** | **$ 37,628.89** |

### B. Written Discovery

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 19.53 | $ 9,422.83 |
| Chleboski , R. J. | 112.95 | 46,163.56 |
| Korgul, Margaret T. | 7.70 | 2,005.65 |
| Smith Miller , M. E. | 126.25 | 32,031.45 |
| Cramer , R. A. | 62.75 | 10,165.50 |
| Sabish, C. L. | 0.30 | 72.90 |
| Shiliwala , M. H. | 2.70 | 595.35 |
| Horner , Kari M. | 9.80 | 1,803.88 |
| **Total** | **341.98** | **$ 102,261.12** |

**C. Deposition Discovery: MCC/Advantage**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 91.70 | $ 45,346.90 |
| Chleboski , R. J. | 40.40 | 17,216.28 |
| Korgul, Margaret T. | 19.65 | 5,125.95 |
| Smith Miller , M. E. | 19.85 | 5,165.55 |
| Cramer , R. A. | 26.65 | 4,317.30 |
| Urick, M. | 0.85 | 183.60 |
| DeBroff , D. H. | 5.80 | 522.00 |
| Horner , Kari M. | 0.45 | 111.38 |
| **Total** | **205.35** | **$ 77,988.96** |

**D. Deposition Discovery: Zurich/Epic**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 1.98 | $ 933.03 |
| Chleboski , R. J. | 55.55 | 23,692.91 |
| Korgul, Margaret T. | 0.20 | 49.50 |
| Smith Miller , M. E. | 14.90 | 3,873.60 |
| Cramer , R. A. | 16.55 | 2,681.10 |
| Urick, M. | 0.85 | 183.60 |
| DeBroff , D. H. | 18.80 | 1,692.00 |
| Horner , Kari M. | 0.45 | 111.38 |
| **Total** | **109.28** | **$ 33,217.11** |

### E. Trial Preparation

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 24.35 | $ 12,053.25 |
| Chleboski , R. J. | 46.05 | 20,178.00 |
| Korgul, Margaret T. | 2.75 | 717.75 |
| Smith Miller , M. E. | 42.80 | 11,170.80 |
| Cramer , R. A. | 28.95 | 4,627.50 |
| Lamanna , V. K. | 3.40 | 612.00 |
| DeBroff , D. H. | 11.80 | 1,062.00 |
| Denise H. Sullivan | 41.70 | 10,425.00 |
| Rachel M. Rosnick | 12.50 | 1,750.00 |
| **Total** | **214.30** | **$ 62,596.30** |

### F. Motions for Summary Judgement (2009 Round)

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 112.45 | $ 54,044.55 |
| Chleboski , R. J. | 183.30 | 78,484.50 |
| Korgul, Margaret T. | 8.20 | 2,140.20 |
| Smith Miller , M. E. | 176.10 | 45,962.10 |
| Cramer , R. A. | 85.50 | 13,851.00 |
| Kluckman, Brian J. | 10.30 | 2,317.50 |
| El-Gendi , L. | 16.40 | 3,690.00 |
| Urick, M. | 38.70 | 8,359.20 |
| Gaetani , M. P. | 7.80 | 1,755.00 |
| **Total** | **638.75** | **$ 210,604.05** |

**G. Motions for Summary Judgement (2011 Round)**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 4.30 | $ 2,011.50 |
| Chleboski , R. J. | 21.90 | 9,855.00 |
| Cramer , R. A. | 5.90 | 885.00 |
| JSM | 4.00 | 1,400.00 |
| **Total** | **36.10** | $ **14,151.50** |

**H. Motions for Summary Judgement (2014 Round)**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 51.05 | $ 22,972.50 |
| Chleboski , R. J. | 200.50 | 90,225.00 |
| Cramer , R. A. | 74.60 | 11,190.00 |
| JSM | 44.30 | 15,505.00 |
| Denise H. Sullivan | 73.40 | 14,680.00 |
| SLB | 7.50 | 2,250.00 |
| **Total** | **451.35** | **$ 156,822.50** |

### I. Motions for Summary Judgement (Final Rounds)

| Timekeeper | Hours | | Amount |
|---|---|---|---|
| Chleboski , R. J. | 105.10 | $ | 47,295.00 |
| Cramer , R. A. | 37.20 | | 5,580.00 |
| Denise H. Sullivan | 78.30 | | 19,575.00 |
| Victor Abe Delnore | 34.60 | | 10,380.00 |
| **Total** | **255.20** | **$** | **82,830.00** |

**J. Court Conferences,  Settlement Conferences
and  2016 Fee Claim Allocation**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 31.40 | $ 14,130.00 |
| Chleboski , R. J. | 140.60 | 63,270.00 |
| Cramer , R. A. | 4.70 | 705.00 |
| David G. Meredith | 15.20 | 4,560.00 |
| Rachel M. Rosnick | 108.95 | 15,253.00 |
| Victor Abe Delnore | 2.35 | 705.00 |
| **Total** | **303.20** | $ **98,623.00** |

**K. Mediations**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 100.70 | $ 45,900.00 |
| Chleboski , R. J. | 27.03 | 12,110.63 |
| Cramer , R. A. | 1.30 | 195.00 |
| Lamanna , V. K. | 7.00 | 1,050.00 |
| **Total** | **136.03** | $ **59,255.63** |

**L. Deblon Negotiations**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 77.80 | $ 35,010.00 |
| Chleboski , R. J. | 83.38 | 37,518.75 |
| **Total** | **161.18** | **$ 72,528.75** |

**M. Joint Spreadsheet of Remaining Claims**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 0.80 | $ 360.00 |
| Chleboski , R. J. | 32.80 | 14,760.00 |
| Cramer , R. A. | 2.20 | 330.00 |
| JSM | 6.50 | 2,275.00 |
| DJM | 10.60 | 3,180.00 |
| **Total** | **52.90** | **$ 20,905.00** |

**N. Legal Research**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 7.85 | $ 3,443.61 |
| Chleboski , R. J. | 57.20 | 18,234.41 |
| Korgul, Margaret T. | 11.90 | 2,881.10 |
| Smith Miller , M. E. | 36.80 | 7,155.52 |
| Kluckman, Brian J. | 60.30 | 13,567.50 |
| El-Gendi , L. | 61.40 | 13,815.00 |
| Gaetani , M. P. | 30.20 | 6,795.00 |
| Shiliwala , M. H. | 4.00 | 882.00 |
| Horner , Kari M. | 9.50 | 1,687.73 |
| TD | 5.10 | 765.00 |
| JSM | 13.00 | 4,550.00 |
| Denise H. Sullivan | 2.80 | 560.00 |
| SLB | 11.20 | 3,360.00 |
| Rachel M. Rosnick | 4.45 | 623.00 |
| **Total** | **315.70** | **$ 78,319.87** |

**O. Miscellaneous and Client Communications**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 110.20 | $     52,945.31 |
| Chleboski , R. J. | 119.70 | 52,005.60 |
| Korgul, Margaret T. | 21.70 | 5,719.05 |
| Smith Miller , M. E. | 68.60 | 17,787.60 |
| Cramer , R. A. | 86.80 | 13,513.20 |
| Kluckman, Brian J. | 20.50 | 4,612.50 |
| Harbay , J. A. | 2.40 | 367.20 |
| Lamanna , V. K. | 5.90 | 1,013.50 |
| El-Gendi , L. | 8.80 | 1,980.00 |
| Gaetani , M. P. | 4.50 | 1,012.50 |
| DeBroff , D. H. | 3.00 | 270.00 |
| Blanchflower, A. J. | 1.10 | 99.00 |
| Turner , Ashley L. | 4.80 | 864.00 |
| Shiliwala , M. H. | 3.50 | 771.75 |
| JSM | 5.00 | 1,750.00 |
| Rachel M. Rosnick | 0.40 | 56.00 |
| Victor Abe Delnore | 0.45 | 135.00 |
| **Total** | **467.35** | **$     154,902.21** |

**R. Fee Application and Detailed Fee Allocation (2018-2019)**

| Timekeeper | Hours | Amount |
|---|---|---|
| Luciana, III , J. L. | 0.85 | $ 382.50 |
| Chleboski , R. J. | 44.60 | 20,070.00 |
| Cramer , R. A. | 0.30 | 45.00 |
| Victor Abe Delnore | 27.60 | 8,280.00 |
| Matthew Comstock | 59.50 | 8,925.00 |
| **Total** | **132.85** | **$ 37,702.50** |