# EXHIBIT 4

# Dingess, Foster, Luciana, Davidson & Chleboski LLP

PNC Center, Third Floor
20 Stanwix Street
Pittsburgh, Pennsylvania  15222
www.dfllegal.com



Ronald J. Chleboski, Jr.
(direct) 412-926-1814
(office) 412-926-1800
(fax) 412-926-1801
rchleboski@dfllegal.com

September 9, 2016

**VIA EMAIL**

Jerald J. Howarth
Howarth & Associates, LLC
Three Century Drive, 2nd Fl.
Parsippany, New Jersey  07054

James P. Lisovicz
Kinney Lisovicz Reilly & Wolff PC
299 Cherry Hill Road, Suite 300
P.O. Box 912
Parsippany, New Jersey  07054

**Re:    Ownbey v. Aker Kvaerner Pharmaceuticals, Inc., et al., Civil Action No. 07-02190**

Dear Jerry and Jim:

Enclosed are spreadsheets that reflect the initial allocations by Aker Kvaerner Pharmaceuticals, Inc. ("Aker") of its counsel fee claims.  This letter and all enclosures and attachments hereto constitute "Counsel Fee Information" as defined in the Stipulated Protective Order ("Order") entered by the Court on September 2, 2016, and thus are subject to the Order.

The counsel fee allocations reflected in the accompanying spreadsheets constitute Aker's preliminary allocations.  Hence, Aker reserves the right to revise these allocations at any time hereafter.

I offer the following summary and explanation of the compilation and content of the enclosed counsel fee allocation spreadsheets:

1.    The basic counsel fee invoice data reflected in the spreadsheets (i.e., expense/fee type, date, timekeeper, description, unit cost, hours/line item units and line item total cost) constitute full exports of raw invoice data from the accounting/billing systems of K&L Gates and DFL Legal.

2.    Please note that, when K&L Gates issued its invoice for services performed during October 2008, it included a $20,000, lump-sum fee discount.  Accordingly, for purposes of this fee claim allocation, DFL Legal prorated the $20,000 discount across all fee entries (see "Adjusted Unit Cost" column of the October 2008 fee allocation spreadsheet).

September 9, 2016
Page | 2



DFL | LEGAL
DINGESS, FOSTER, LUCIANA,
DAVIDSON & CHLEBOSKI LLP

3.      As you will see, for the first several months of the K&L Gates invoices, the timekeepers did not record task level time entry breakdowns (consistent with the standard billing practice K&L Gates had with Aker at that time).  Hence, for these invoices, to the extent it was necessary to allocate separate tasks between different claims, DFL Legal estimated the task entry time breakdowns.  All such estimates are noted in the descriptions by the designation "EST" and the groupings of tasks associated with such estimates are shown in brackets.

4.      For most fee entries, DFL Legal added "Task Codes," which categorize the attorney/paralegal tasks into 28 different task or activity categories.  See Task Codes table attached hereto.

5.      DFL Legal has allocated each fee and expense line item to one or more of the following six party/claim categories:

| | | |
|---|---|---|
| MCC | – | Additional insured claim against MCC; |
| MCC/Ad | – | Contractual indemnity claim against Advantage/MCC; |
| MCC Subro | – | Costs incurred defending against MCC's frivolous "subrogation" claim; |
| ZA | – | Additional insured claim against Zurich; |
| ZA/Epic | – | Contractual indemnity claim against Epic/Zurich; and |
| NC | – | Not claiming against any party. |

6.      For many fee/expense line items where it was appropriate to explain the computation of the allocations, DFL Legal added notes explaining such in the "Comments" column.

Please contact me if you have any questions.

Best regards,

R.J. Chleboski

RJC/baf
Enclosures

**Ownbey v. Aker Kvaerner Pharmaceuticals, Inc., et al., Civil Action No. 07-02190**

**Task Codes for Aker's Fee Claim Allocation**
**(9/9/2016)**

| No. | Activity | Date(s) | Fee Allocation |
|---|---|---|---|
| 1. | Case Set Up | 2008 | All |
| 2. | Demand Letters to MCC/Advantage | 2008 | MCC/Advantage |
| 3. | Demand Letters to Zurich/Epic | 2008 | ZA/Epic |
| 4. | Amended TPC | 10/27/2008 | All |
| 5. | Written Discovery – MCC/Advantage | 10/2008 – 2/2009 | MCC/Advantage |
| 6. | Written Discovery – Zurich/Epic | 10/2008 – 2/2009 | Zurich/Epic |
| 7. | Deposition Discovery – MCC/Advantage | 2009 | MCC/Advantage |
| 8. | Deposition Discovery – Zurich/Epic | 2009 | Zurich/Epic |
| 9. | Pretrial Orders and trial exhibits | 3/25/2009 & 4/3/2009 | All |
| 10. | Aker's MSJ against MCC for AI Coverage | 5/15/2009 | MCC |
| 11. | Aker's MSJ Against Zurich for AI Coverage | 5/15/2009 | Zurich |
| 12. | Aker's MSJ against Epic for Contractual Indemnity | 5/15/2009 | Epic |
| 13. | Opposition to MCC's MSJ Regarding AI Coverage | 6/8/2009 | MCC |
| 14. | Opposition to Zurich's MSJ regarding AI Coverage | 6/8/2009 | Zurich |
| 15. | Opposition to Epic's MSJ regarding Contractual Indemnity | 6/8/2009 | Epic |
| 16. | Opposition to ImClone's MSJ | 6/8/2009 | NC |
| 17. | Aker's MSJ against MCC for AI (2nd) | 2/18/2011 | MCC |
| 18. | Aker's MSJ against Zurich for AI (2nd) | 2/18/2011 | Zurich |
| 19. | Aker's MSJ against MCC for AI (3rd) | 1/31/2014 | MCC |
| 20. | MCC's "Subrogation" Claim | 4/2011 – 9/2015 | MCC Subro/ MCC/Advantage |
| 21. | Court Conferences | Throughout | All |
| 22. | Mediations | 11/8/2010 & 4/26/2016 | All |
| 23. | Negotiate Deblon settlement with MCC/Advantage | 2/2011 – 4/2011 | MCC/Advantage |
| 24. | Negotiate Deblon settlement with Zurich/Epic | 3/2011 – 4/2011 | Zurich/Epic |
| 25. | Joint Spreadsheet of Remaining Claims | 8/26/2011 | MCC/Advantage/Zurich |
| 26. | Client Communications | Throughout | All |
| 27. | Misc. | Throughout | Some/All |
| 28. | Legal research | Throughout | Some/All |

CONFIDENTIAL / SUBJECT TO STIPULATED PROTECTIVE ORDER

Ownbey v. Aker Kvaerner Pharmaceutical, Inc. et al., Civil Action No. 07-02190
Aker's Fee/Expense Claim Allocation
(9/8/2016)

| | Date | Monthly Fees/Expenses Total | Fees | Expenses | MCC Total | Fees | Expenses | MCC/Advantage Total | Fees | Expenses | MCC Subrogation Total | Fees | Expenses | Zurich Total | Fees | Expenses | Zurich/Epic Total | Fees | Expenses | Not Claiming Total | Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K&L | Sep-08 | 7,793.10 | 7,793.10 | - | 7,793.10 | 7,793.10 | - | 7,793.10 | 7,793.10 | - | - | - | - | 7,793.10 | 7,793.10 | - | 7,793.10 | 7,793.10 | - | - | - | - |
| K&L | Oct-08 | 52,222.00 | 51,099.54 | 1,122.46 | 39,360.24 | 38,826.69 | 533.55 | 16,144.94 | 15,771.29 | 373.65 | - | - | - | 33,526.64 | 32,988.28 | 538.35 | 15,911.68 | 15,529.03 | 382.65 | 9.00 | - | 9.00 |
| K&L | Nov-08 | 26,932.27 | 26,932.27 | 4,738.27 | 18,317.73 | 14,118.75 | 4,198.98 | 8,501.88 | 8,122.05 | 379.83 | - | - | - | 14,972.59 | 10,779.75 | 4,192.84 | 8,536.05 | 8,536.05 | 477.49 | 3,393.00 | 3,393.00 | - |
| K&L | Dec-08 | 9,844.75 | 9,661.50 | 183.25 | 2,480.96 | 2,398.50 | 82.46 | 540.98 | 486.00 | 54.98 | - | - | - | 7,547.96 | 7,465.50 | 82.46 | 540.98 | 486.00 | 54.98 | 283.50 | 283.50 | - |
| K&L | Dec-08 (2) | 9,887.84 | 8,088.75 | 1,799.09 | 5,767.70 | 4,727.25 | 1,040.45 | 3,307.67 | 2,679.75 | 627.92 | - | - | - | 6,510.50 | 5,535.00 | 975.50 | 3,850.22 | 3,287.25 | 562.97 | 550.00 | 506.25 | 43.75 |
| K&L | Jan-09 | 87,521.21 | 86,233.50 | 1,287.71 | 46,806.10 | 46,434.24 | 371.86 | 9,552.48 | 9,455.31 | 97.17 | - | - | - | 35,746.14 | 35,024.63 | 721.51 | 7,655.82 | 7,558.65 | 97.17 | 17,326.44 | 17,326.44 | - |
| K&L | Feb-09 | 52,203.98 | 48,249.90 | 3,954.08 | 22,071.46 | 18,357.85 | 3,713.61 | 2,251.20 | 1,281.94 | 969.26 | - | - | - | 26,396.81 | 24,947.38 | 1,449.43 | 2,178.98 | 1,243.69 | 935.30 | 11,010.81 | 11,010.81 | - |
| K&L | Mar-09 | 118,172.56 | 112,432.95 | 5,739.61 | 65,647.82 | 62,931.71 | 2,716.10 | 16,923.20 | 15,596.37 | 1,326.83 | - | - | - | 74,021.46 | 70,425.05 | 3,596.41 | 18,770.78 | 17,443.96 | 1,326.83 | 1,805.67 | 1,685.81 | 119.86 |
| K&L | Apr-09 | 30,100.74 | 24,373.80 | 5,726.94 | 28,428.97 | 23,037.64 | 5,391.34 | 9,144.08 | 8,585.82 | 558.26 | - | - | - | 2,573.72 | 1,877.58 | 696.14 | 2,079.44 | 1,521.18 | 558.26 | 588.60 | 588.60 | - |
| K&L | May-09 | 106,639.72 | 103,813.65 | 2,826.07 | 41,580.68 | 40,088.03 | 1,492.65 | 1,230.75 | 156.60 | 1,074.15 | - | - | - | 43,920.66 | 42,438.38 | 1,482.28 | 32,137.14 | 31,063.00 | 1,074.15 | 1,261.73 | 1,261.73 | - |
| K&L | Jun-09 | 154,021.12 | 142,930.35 | 11,090.77 | 51,696.55 | 43,436.64 | 8,259.91 | 7,123.90 | 5,726.03 | 1,397.88 | - | - | - | 38,711.22 | 32,777.04 | 5,934.19 | 56,668.28 | 55,270.40 | 1,397.88 | 23,456.37 | 22,161.60 | 1,294.77 |
| K&L | Jul-09 | 11,576.97 | 8,014.05 | 3,562.92 | 10,037.90 | 7,487.10 | 2,550.80 | 3,363.72 | 2,956.50 | 407.22 | - | - | - | 4,079.20 | 2,956.50 | 1,122.70 | 3,462.32 | 2,956.50 | 505.82 | 99.00 | 99.00 | - |
| K&L | Aug-09 | 4,258.48 | 4,250.25 | 8.23 | 893.88 | 891.00 | 2.88 | 248.73 | 247.50 | 1.23 | - | - | - | 250.38 | 247.50 | 2.88 | 347.73 | 346.50 | 1.23 | 3,260.25 | 3,260.25 | - |
| K&L | Sep-09 | 6,809.40 | 6,500.25 | 309.15 | 6,275.45 | 6,167.25 | 108.20 | 6,217.22 | 6,170.85 | 46.37 | - | - | - | 957.35 | 849.15 | 108.20 | 895.52 | 849.15 | 46.37 | 333.00 | 333.00 | - |
| K&L | Oct-09 | 8,653.32 | 8,646.30 | 7.02 | 8,648.76 | 8,646.30 | 2.46 | 8,647.35 | 8,646.30 | 1.05 | - | - | - | 2.46 | - | 2.46 | 1.05 | - | 1.05 | - | - | - |
| K&L | Nov-09 | 1,915.98 | 1,636.20 | 279.78 | 1,734.12 | 1,636.20 | 97.92 | 1,678.17 | 1,636.20 | 41.97 | - | - | - | 97.92 | - | 97.92 | 41.97 | - | 41.97 | - | - | - |
| K&L | Dec-09 | 4,992.57 | 4,911.30 | 81.27 | 127.44 | 99.00 | 28.44 | 111.19 | 99.00 | 12.19 | - | - | - | 28.44 | - | 28.44 | 4,824.49 | 4,812.30 | 12.19 | - | - | - |
| K&L | Jan-10 | 5,889.60 | 5,889.60 | - | 1,065.60 | 1,065.60 | - | 1,065.60 | 1,065.60 | - | - | - | - | 194.40 | 194.40 | - | 4,876.20 | 4,876.20 | - | 52.20 | 52.20 | - |
| K&L | Feb-10 | 7,590.11 | 7,587.90 | 2.21 | 4,121.87 | 4,121.10 | 0.77 | 4,539.03 | 4,538.70 | 0.33 | - | - | - | 6,151.37 | 6,150.60 | 0.77 | 6,150.93 | 6,150.60 | 0.33 | - | - | - |
| K&L | Mar-10 | 440.82 | 403.20 | 37.62 | 406.40 | 403.20 | 3.20 | 404.57 | 403.20 | 1.37 | - | - | - | 406.40 | 403.20 | 3.20 | 414.67 | 403.20 | 11.47 | 9.22 | - | 9.22 |
| K&L | Apr-10 | 172.80 | 172.80 | - | 172.80 | 172.80 | - | 172.80 | 172.80 | - | - | - | - | 172.80 | 172.80 | - | 172.80 | 172.80 | - | - | - | - |
| DFL | Mar-10 | 16,290.06 | 15,615.00 | 675.06 | 15,975.06 | 15,300.00 | 675.06 | 7,920.06 | 7,245.00 | 675.06 | - | - | - | 15,390.06 | 14,715.00 | 675.06 | 7,695.06 | 7,020.00 | 675.06 | - | - | - |
| DFL | Apr-10 | 1,620.00 | 1,620.00 | - | 1,620.00 | 1,620.00 | - | 1,620.00 | 1,620.00 | - | - | - | - | 1,530.00 | 1,530.00 | - | 1,530.00 | 1,530.00 | - | - | - | - |
| DFL | May-10 | 2,175.00 | 2,175.00 | - | 2,085.00 | 2,085.00 | - | 1,950.00 | 1,950.00 | - | - | - | - | 1,680.00 | 1,680.00 | - | 1,680.00 | 1,680.00 | - | 90.00 | 90.00 | - |
| DFL | Jun-10 | 4,695.00 | 4,695.00 | - | 870.00 | 870.00 | - | 870.00 | 870.00 | - | - | - | - | 825.00 | 825.00 | - | 4,695.00 | 4,695.00 | - | - | - | - |
| DFL | Jul-10 | 13,682.62 | 12,330.00 | 1,352.62 | 622.28 | 585.00 | 37.28 | 622.28 | 585.00 | 37.28 | - | - | - | 262.28 | 225.00 | 37.28 | 13,322.62 | 11,970.00 | 1,352.62 | - | - | - |
| DFL | Aug-10 | 178.76 | 135.00 | 43.76 | 178.76 | 135.00 | 43.76 | 178.76 | 135.00 | 43.76 | - | - | - | 178.76 | 135.00 | 43.76 | 178.76 | 135.00 | 43.76 | - | - | - |
| DFL | Sep-10 | 315.00 | 315.00 | - | 315.00 | 315.00 | - | 315.00 | 315.00 | - | - | - | - | 135.00 | 135.00 | - | 135.00 | 135.00 | - | - | - | - |
| DFL | Oct-10 | 7,315.40 | 7,020.00 | 295.40 | 6,100.40 | 5,805.00 | 295.40 | 6,190.40 | 5,895.00 | 295.40 | - | - | - | 6,055.40 | 5,760.00 | 295.40 | 6,055.40 | 5,760.00 | 295.40 | 180.00 | 180.00 | - |
| DFL | Nov-10 | 14,983.79 | 14,310.00 | 673.79 | 7,999.79 | 7,326.00 | 673.79 | 7,999.79 | 7,326.00 | 673.79 | - | - | - | 8,134.79 | 7,461.00 | 673.79 | 7,954.79 | 7,281.00 | 673.79 | - | - | - |
| DFL | Dec-10 | 1,099.87 | 990.00 | 109.87 | 838.87 | 729.00 | 109.87 | 861.37 | 751.50 | 109.87 | - | - | - | 838.87 | 729.00 | 109.87 | 838.87 | 729.00 | 109.87 | 22.50 | 22.50 | - |
| DFL | Jan-11 | 1,659.79 | 1,575.00 | 84.79 | 984.79 | 900.00 | 84.79 | 984.79 | 900.00 | 84.79 | - | - | - | 399.79 | 315.00 | 84.79 | 399.79 | 315.00 | 84.79 | 675.00 | 675.00 | - |
| DFL | Feb-11 | 38,061.73 | 37,485.00 | 576.73 | 16,910.48 | 16,333.75 | 576.73 | 14,102.98 | 13,526.25 | 576.73 | - | - | - | 11,982.98 | 11,406.25 | 576.73 | 7,630.48 | 7,053.75 | 576.73 | 10,450.00 | 10,450.00 | - |
| DFL | Mar-11 | 43,318.61 | 43,245.00 | 73.61 | 27,661.01 | 27,587.40 | 73.61 | 27,448.61 | 27,375.00 | 73.61 | - | - | - | 18,796.01 | 18,722.40 | 73.61 | 18,503.51 | 18,429.90 | 73.61 | 225.00 | 225.00 | - |
| DFL | Apr-11 | 34,327.36 | 33,852.50 | 474.86 | 29,917.36 | 29,442.50 | 474.86 | 29,917.36 | 29,442.50 | 474.86 | 14,155.00 | 14,155.00 | - | 14,870.62 | 14,412.50 | 458.12 | 14,870.62 | 14,412.50 | 458.12 | - | - | - |
| DFL | May-11 | 14,130.43 | 13,135.00 | 995.43 | 12,811.43 | 11,816.00 | 995.43 | 10,071.43 | 9,076.00 | 995.43 | 5,966.00 | 5,966.00 | - | 7,246.43 | 6,251.00 | 995.43 | 4,506.43 | 3,511.00 | 995.43 | 45.00 | 45.00 | - |
| DFL | Jun-11 | 7,845.00 | 7,835.00 | 10.00 | 6,795.00 | 6,785.00 | 10.00 | 6,795.00 | 6,785.00 | 10.00 | 6,110.00 | 6,110.00 | - | 685.00 | 675.00 | 10.00 | 685.00 | 675.00 | 10.00 | 1,050.00 | 1,050.00 | - |
| DFL | Aug-11 | 22,771.34 | 22,210.00 | 561.34 | 17,036.09 | 16,474.75 | 561.34 | 11,209.84 | 10,648.50 | 561.34 | 8,961.75 | 8,961.75 | - | 7,273.09 | 6,711.75 | 561.34 | 3,958.09 | 3,396.75 | 561.34 | 1,215.00 | 1,215.00 | - |
| DFL | Sep-11 | 3,435.00 | 3,435.00 | - | 1,530.00 | 1,530.00 | - | 1,530.00 | 1,530.00 | - | - | - | - | 1,530.00 | 1,530.00 | - | 1,530.00 | 1,530.00 | - | 1,905.00 | 1,905.00 | - |
| DFL | Oct-11 | 45.00 | 45.00 | - | 45.00 | 45.00 | - | 45.00 | 45.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DFL | Jan-12 | 180.00 | 180.00 | - | 180.00 | 180.00 | - | 180.00 | 180.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DFL | Feb-12 | 45.00 | 45.00 | - | 45.00 | 45.00 | - | 45.00 | 45.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DFL | May-12 | 270.00 | 270.00 | - | 270.00 | 270.00 | - | 270.00 | 270.00 | - | - | - | - | 270.00 | 270.00 | - | 270.00 | 270.00 | - | - | - | - |
| DFL | Jun-12 | 360.00 | 360.00 | - | 360.00 | 360.00 | - | 360.00 | 360.00 | - | - | - | - | 315.00 | 315.00 | - | 315.00 | 315.00 | - | - | - | - |
| DFL | Jul-12 | 645.00 | 645.00 | - | 315.00 | 315.00 | - | 315.00 | 315.00 | - | - | - | - | 315.00 | 315.00 | - | 315.00 | 315.00 | - | 315.00 | 315.00 | - |
| DFL | Aug-12 | 375.00 | 375.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 375.00 | 375.00 | - |
| DFL | Sep-12 | 45.00 | 45.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 45.00 | 45.00 | - |
| DFL | Oct-12 | 1,225.81 | 1,215.00 | 10.81 | 1,225.81 | 1,215.00 | 10.81 | 1,225.81 | 1,215.00 | 10.81 | 10.81 | - | 10.81 | 1,225.81 | 1,215.00 | 10.81 | 1,225.81 | 1,215.00 | 10.81 | 10.81 | - | 10.81 |
| DFL | Nov-12 | 1,830.00 | 1,830.00 | - | 1,695.00 | 1,695.00 | - | 1,695.00 | 1,695.00 | - | - | - | - | 1,695.00 | 1,695.00 | - | 1,695.00 | 1,695.00 | - | 135.00 | 135.00 | - |
| DFL | Dec-12 | 2,250.00 | 2,250.00 | - | 1,404.00 | 1,404.00 | - | 1,404.00 | 1,404.00 | - | 1,269.00 | 1,269.00 | - | 1,404.00 | 1,404.00 | - | 1,404.00 | 1,404.00 | - | - | - | - |
| DFL | Jan-13 | 2,700.00 | 2,700.00 | - | 1,620.00 | 1,620.00 | - | 1,620.00 | 1,620.00 | - | 1,620.00 | 1,620.00 | - | 1,620.00 | 1,620.00 | - | 1,620.00 | 1,620.00 | - | - | - | - |
| DFL | Feb-13 | 5,340.42 | 5,090.00 | 250.42 | 4,323.24 | 4,073.00 | 250.24 | 3,408.00 | 3,408.00 | - | 3,408.00 | 3,408.00 | - | 2,453.00 | 2,453.00 | - | 1,788.00 | 1,788.00 | - | 270.00 | 270.00 | - |
| DFL | Mar-13 | 1,305.00 | 1,305.00 | - | 1,044.00 | 1,044.00 | - | 1,044.00 | 1,044.00 | - | 1,044.00 | 1,044.00 | - | 391.50 | 391.50 | - | 391.50 | 391.50 | - | 261.00 | 261.00 | - |
| DFL | Apr-13 | 1,530.00 | 1,530.00 | - | 1,530.00 | 1,530.00 | - | 1,530.00 | 1,530.00 | - | - | - | - | 1,530.00 | 1,530.00 | - | 1,530.00 | 1,530.00 | - | - | - | - |
| DFL | Jun-13 | 180.00 | 180.00 | - | 180.00 | 180.00 | - | 180.00 | 180.00 | - | - | - | - | 180.00 | 180.00 | - | 180.00 | 180.00 | - | - | - | - |

Ownbey v. Aker Kvaerner Pharmaceutical, Inc. et al., Civil Action No. 07-02190
Aker's Fee/Expense Claim Allocation
(9/8/2016)

*CONFIDENTIAL / SUBJECT TO STIPULATED PROTECTIVE ORDER*

| | Date | Monthly Fees/Expenses | | | MCC | | | MCC/Advantage | | | MCC Subrogation | | | Zurich | | | Zurich/Epic | | | Not Claiming | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses |
| DFL | Sep-13 | 1,305.00 | 1,305.00 | - | 1,305.00 | 1,305.00 | - | 1,305.00 | 1,305.00 | - | - | - | - | 1,305.00 | 1,305.00 | - | 1,305.00 | 1,305.00 | - | - | - | - |
| DFL | Oct-13 | 585.00 | 585.00 | - | 585.00 | 585.00 | - | 585.00 | 585.00 | - | - | - | - | 585.00 | 585.00 | - | 585.00 | 585.00 | - | - | - | - |
| DFL | Nov-13 | 1,080.00 | 1,080.00 | - | 1,080.00 | 1,080.00 | - | 1,080.00 | 1,080.00 | - | 525.00 | 525.00 | - | 1,080.00 | 1,080.00 | - | 1,080.00 | 1,080.00 | - | - | - | - |
| DFL | Dec-13 | 1,530.00 | 1,530.00 | - | 1,530.00 | 1,530.00 | - | 1,305.00 | 1,305.00 | - | 1,305.00 | 1,305.00 | - | 1,080.00 | 1,080.00 | - | - | - | - | - | - | - |
| DFL | Jan-14 | 44,437.23 | 43,585.00 | 852.23 | 41,593.06 | 41,380.00 | 213.06 | 37,513.06 | 37,300.00 | 213.06 | 37,726.12 | 37,300.00 | 426.12 | - | - | - | - | - | - | - | - | - |
| DFL | Feb-14 | 2,282.35 | 1,910.00 | 372.35 | 793.68 | 607.50 | 186.18 | 411.18 | 225.00 | 186.18 | 1,685.00 | 1,685.00 | - | - | - | - | - | - | - | - | - | - |
| DFL | Mar-14 | 18,256.15 | 17,760.00 | 496.15 | 18,008.08 | 17,760.00 | 248.08 | 12,593.08 | 12,345.00 | 248.08 | 12,345.00 | 12,345.00 | - | - | - | - | - | - | - | - | - | - |
| DFL | Apr-14 | 45.00 | 45.00 | - | 45.00 | 45.00 | - | 45.00 | 45.00 | - | 45.00 | 45.00 | - | - | - | - | - | - | - | - | - | - |
| DFL | May-14 | 135.00 | 135.00 | - | 135.00 | 135.00 | - | 135.00 | 135.00 | - | 135.00 | 135.00 | - | - | - | - | - | - | - | - | - | - |
| DFL | Aug-14 | 315.00 | 315.00 | - | 315.00 | 315.00 | - | 315.00 | 315.00 | - | 315.00 | 315.00 | - | - | - | - | - | - | - | - | - | - |
| DFL | Oct-14 | 11,985.00 | 11,985.00 | - | 11,985.00 | 11,985.00 | - | 1,762.50 | 1,762.50 | - | 1,762.50 | 1,762.50 | - | - | - | - | - | - | - | - | - | - |
| DFL | Nov-14 | 90.00 | 90.00 | - | 90.00 | 90.00 | - | 90.00 | 90.00 | - | 90.00 | 90.00 | - | - | - | - | - | - | - | - | - | - |
| DFL | Feb-15 | 1,065.00 | 1,065.00 | - | 1,065.00 | 1,065.00 | - | 1,065.00 | 1,065.00 | - | - | - | - | 1,065.00 | 1,065.00 | - | 1,065.00 | 1,065.00 | - | - | - | - |
| DFL | Mar-15 | 630.00 | 630.00 | - | 630.00 | 630.00 | - | 630.00 | 630.00 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DFL | Apr-15 | 555.00 | 555.00 | - | 555.00 | 555.00 | - | 60.00 | 60.00 | - | - | - | - | 15.00 | 15.00 | - | 15.00 | 15.00 | - | - | - | - |
| DFL | May-15 | 450.00 | 450.00 | - | 450.00 | 450.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DFL | Jun-15 | 27,726.50 | 26,760.00 | 966.50 | 27,726.50 | 26,760.00 | 966.50 | 300.00 | 300.00 | - | - | - | - | 270.00 | 270.00 | - | 270.00 | 270.00 | - | - | - | - |
| DFL | Jul-15 | 900.00 | 900.00 | - | 900.00 | 900.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DFL | Sep-15 | 20,120.86 | 19,490.00 | 630.86 | 20,120.86 | 19,490.00 | 630.86 | 1,327.50 | 1,327.50 | - | 292.50 | 292.50 | - | - | - | - | - | - | - | - | - | - |
| DFL | Oct-15 | 14,205.96 | 13,690.00 | 515.96 | 14,205.96 | 13,690.00 | 515.96 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DFL | Nov-15 | 1,395.00 | 1,395.00 | - | 1,395.00 | 1,395.00 | - | 540.00 | 540.00 | - | - | - | - | 540.00 | 540.00 | - | 540.00 | 540.00 | - | - | - | - |
| DFL | Dec-15 | 1,668.10 | 1,665.00 | 3.10 | 1,668.10 | 1,665.00 | 3.10 | 1,665.00 | 1,665.00 | - | - | - | - | 1,395.00 | 1,395.00 | - | 1,395.00 | 1,395.00 | - | - | - | - |
| DFL | Jan-16 | 4,690.32 | 4,635.00 | 55.32 | 2,260.32 | 2,205.00 | 55.32 | 2,260.32 | 2,205.00 | 55.32 | - | - | - | 4,690.32 | 4,635.00 | 55.32 | 3,790.32 | 3,735.00 | 55.32 | - | - | - |
| DFL | Feb-16 | 180.00 | 180.00 | - | 180.00 | 180.00 | - | 180.00 | 180.00 | - | - | - | - | 180.00 | 180.00 | - | 180.00 | 180.00 | - | - | - | - |
| DFL | Mar-16 | 1,055.00 | 1,035.00 | 20.00 | 740.00 | 720.00 | 20.00 | 740.00 | 720.00 | 20.00 | - | - | - | 785.00 | 765.00 | 20.00 | 785.00 | 765.00 | 20.00 | - | - | - |
| DFL | Apr-16 | 22,220.79 | 19,140.00 | 3,080.79 | 16,471.79 | 13,413.00 | 3,058.79 | 16,471.79 | 13,413.00 | 3,058.79 | 6,157.00 | 6,135.00 | 22.00 | 16,411.79 | 13,353.00 | 3,058.79 | 16,411.79 | 13,353.00 | 3,058.79 | - | - | - |
| DFL | May-16 | 1,305.00 | 1,305.00 | - | 1,035.00 | 1,035.00 | - | 630.00 | 630.00 | - | - | - | - | 630.00 | 630.00 | - | 630.00 | 630.00 | - | - | - | - |
| DFL | Jun-16 | 3,753.62 | 2,880.00 | 873.62 | 2,628.62 | 1,755.00 | 873.62 | 1,998.62 | 1,125.00 | 873.62 | - | - | - | 1,998.62 | 1,125.00 | 873.62 | 1,998.62 | 1,125.00 | 873.62 | - | - | - |
| | TOTALS | 1,137,837.21 | 1,085,763.66 | 56,811.82 | 697,420.88 | 655,180.85 | 42,240.03 | 337,880.08 | 321,230.65 | 16,649.43 | 104,927.68 | 104,468.75 | 458.93 | 445,305.66 | 415,656.23 | 29,649.42 | 315,344.63 | 298,404.95 | 17,417.17 | 80,708.10 | 79,220.69 | 1,487.41 |