**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**SHELBY OWNBEY AND JOYCE OWNBEY, h/w**

*Plaintiffs,*

v.

**AKER KVAERNER PHARMACEUTICALS, INC., et al.**

*Defendants.*

---

**AKER KVAERNER PHARMACEUTICALS, INC.**

Third Party Plaintiff,

v.

**ADVANTAGE BUILDINGS & EXTERIOR, INC., MID-CONTINENT CASUALTY CO., ZURICH AMERICAN INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA.,**

Third Party Defendants.

---

CIVIL ACTION No. 2:07-cv-02190-KSH-CLW

---

**DECLARATION OF RONALD J. CHLEBOSKI, JR.**
**IN SUPPORT OF AKER KVAERNER PHARMACEUTICALS, INC.'S MOTION FOR AN AWARD OF ATTORNEY FEES**

RONALD J. CHLEBOSKI, JR. declares under penalty of perjury that the following is true and correct to the best of his personal knowledge:

1.    I am an attorney licensed to practice in Pennsylvania and have been admitted pro hac vice as counsel for Aker Kvaerner Pharmaceuticals, Inc. ("Aker") in this case.

2.    Since March 2010, I have been a partner in the law firm of Dingess, Foster, Luciana, Davidson & Chleboski LLP ("DFL Legal").  Before that, from 2003 to March 2010, I was a partner in the law firm of K&L Gates LLP ("K&L Gates") and its predecessor firms, where I had previously been an associate since 1997.

4.    At both K&L Gates and DFL Legal, my practice included significant work in the fields of insurance coverage and construction litigation.  A copy of my biography is attached as Exhibit A.

5.    From 2008 through early 2016, both at K&L Gates and DFL Legal, I had significant responsibility for this matter on behalf of Aker and had specific responsibility for Aker's claims against Zurich American Insurance Company and Epic Interiors, LLC.  Starting in or about early 2016, I took over lead responsibility for all aspects of this lawsuit from my partner Joseph L. Luciana, III.

6.    I reviewed, approved and issued to Aker invoices for services rendered in this matter by DFL Legal beginning in early 2016, and was well aware of the services being provided and the amounts billed since the commencement of the engagement in 2008.

2

The services that K&L Gates and DFL Legal provided in connection with this lawsuit during that time period are accurately reflected in the invoices of K&L Gates and DFL Legal, which are being submitted to the Court with Aker's Motion for an Award of Attorney Fees ("Motion"). The amounts reflected in those invoices were invoiced to Aker and have been paid in full.

7.   I have reviewed Aker's Motion. Based upon my personal knowledge and involvement in this lawsuit, I declare that the factual statements contained in Aker's Motion concerning events occurring during my involvement are true to the best of my knowledge.


Dated:  August 14, 2019            /s/Ronald J. Chleboski, Jr.
                                   Ronald J. Chleboski, Jr.

# EXHIBIT A



# RONALD J. (R.J.) CHLEBOSKI, JR.







## AREAS OF PRACTICE

Mr. Chleboski's practice is concentrated in the area of complex commercial litigation with an emphasis on construction industry and insurance coverage dispute resolution.  He has acted as counsel in numerous federal and state court lawsuits throughout the United States as well as in domestic (AAA) or international (*ad hoc* and UNCITRAL) arbitrations. Mr. Chleboski has also sat as an arbitrator in various AAA and ICDR arbitration proceedings.

Mr. Chleboski has represented owners, EPC and general contractors, subcontractors and suppliers in numerous federal and state court lawsuits, arbitrations and mediations concerning all manner of commercial and construction disputes, including: defect, warranty and performance guarantee claims; delay, disruption and acceleration claims; design professional error and omission claims; insurance coverage disputes; and mechanics lien and surety claims.  He has arbitrated and litigated numerous insurance coverage disputes under various types of insurance policies, including all-risk, commercial general liability, director and officer liability, professional liability and employed lawyer liability policies.  He has also negotiated and drafted numerous engineering, procurement, construction and/or maintenance contracts for various types of facilities and projects.  Mr. Chleboski's practice experience spans numerous industries, including oil & gas, power, renewable energy, chemical/industrial, mining, mineral processing, pulp & paper, transportation, and commercial construction.

## PROFESSIONAL BACKGROUND

- Partner, Dingess, Foster, Luciana Davidson & Chleboski LLP, March 2010 – Present
- Partner, K&L Gates, 2003 – February 2010
- Associate, K&L Gates, 1997 – 2003
- Associate, Berman, Gaufin, Tomsic & Savage (Salt Lake City, Utah), 1992 – 1997

- - Practice focused on high-stakes, commercial litigation: securities fraud; director and officer liability; insurance coverage; accountant malpractice; and business litigation.
  - Gilbane Building Company (Houston, Texas), June 1986 – August 1989
    - Project Engineer for a $75 million airport terminal construction project
    - Closeout engineer and office engineer for a $160 million convention center project
  - U.S. Army Corps of Engineers (Pittsburgh, Pennsylvania), Summers 1983 – 1985 and Fall 1984

## PUBLICATIONS AND PRESENTATIONS

- Co-presenter, "Managing Disputes when Contracts Are Poorly Executed," presented at the EPC Contracting & Risk Management seminar (sponsored by Marcus Evans in Houston, Texas, January 16, 2014
- Author and speaker, "Overview of Investment Treaty Claims and ICSID Arbitration," presented at the Construction SuperConference, San Francisco, CA (December 7, 2006)
- Co-author and speaker, "Insurance Coverage for Loss and Claims on Construction Projects," presented at the International Construction SuperConference, London, England (May 19, 2005)
- Co-presenter, "Avoiding Legal Pitfalls – Issues Arising for Design Professionals During Construction," presented at a seminar for design professionals in New York City (November 17, 2004)
- Co-presenter, "Pennsylvania Bond and Lien Law," presented at continuing legal education programs in Harrisburg and Pittsburgh, PA in 1999 and 2000
- Author, "The Project Design Professional's Authority to Resolve Disputes Between the Owner and Contractor," CONSTRUCTION LAW & BUSINESS (September/October 2001)
- Author, "Limitation of Liability," CONSTRUCTION LAW & BUSINESS (March/April 2001)
- Author, "Contract Clause Checklist for Design Professionals," CONSTRUCTION LAW & BUSINESS (Summer 2000)
- Author, "Expedited Dispute Resolution," CONSTRUCTION LAW & BUSINESS (Summer 2000)
- Author, "Chronological Checklist of Requirements under Construction Contracts," CONSTRUCTION LAW & BUSINESS (Spring 2000)
- Author, "'Pay-When-Paid' or 'Pay-if-Paid'," CONSTRUCTION LAW & BUSINESS (Spring 2000)

## COURT ADMISSIONS

- Supreme Court of Pennsylvania
- United States District Court for the Western District of Pennsylvania
- United States Court of Appeals for the Tenth Circuit
- *Pro Hac Vice* admissions to various federal and state courts throughout the United States



---

**BAR MEMBERSHIP**

Pennsylvania

**EDUCATION**

J.D., 1992, University of Utah College of Law, 1992 (Order of the Coif; Member, UTAH LAW REVIEW)

B.S. (Architectural Engineering), University of Texas at Austin, 1986 (Chi Epsilon - National Civil Engineering Honor Society)

**REPRESENTATIVE DISPUTE RESOLUTION ENGAGEMENTS**

- Counsel for EPC contractor, seeking coverage under a construction all-risk policy for losses for property damages and delay damages associated with a construction accident and fire.

- Counsel for New York electrical contractor, seeking coverage under its D&O liability policies for losses associated with a government investigation into the contractor's financial practices and use of Minority Women & Disadvantaged Business Enterprises ("MWDBEs") on public projects.

- Counsel for New York mechanical contractor, seeking coverage under its D&O policy for losses associated with government investigation into the contractor's use of MWDBEs on public projects.

- Counsel for medical device manufacturer, seeking coverage under its liability insurance policies for a lawsuit asserted by patient against a surgeon and the device manufacturer, asserting claims for alleged injuries suffered as a result of surgical procedures where the manufacturer's device was used.

- Represented a northwest utility in AAA arbitration with its CGL and D&O liability carrier, seeking insurance coverage for losses totaling eight figures.  The losses at issue included defense costs and liability incurred in third party securities fraud and other lawsuits arising out of the utility's acquisition of a substantial ownership interest in an independent power producer that eventually declared bankruptcy.

- Counsel for officers and directors in a declaratory judgment/interpleader action filed in federal court, seeking coverage for outside directors of an independent power company, seeking coverage under the company's D&O liability policies for third party securities fraud and director and officer liability claims.

- Counsel for utility company/intervenor in a declaratory judgment action commenced by independent power company's employed lawyer liability insurance carrier, objecting to disposition and settlement of coverage entitlement under policy and seeking recovery under same.



- Counsel for an electrical subcontractor in an international arbitration (under the UNCITRAL arbitration rules) concerning a group of projects to upgrade and refurbish multiple facilities at a headquarters campus (including a high-rise office building and other buildings and infrastructure facilities).  The parties to the arbitration include the electrical subcontractor, the construction manager and the owner, and the matter involves claims by the subcontractor for delay, disruption, acceleration, scope changes and payment defaults, totaling eight figures.

- Represented the owner of natural gas pipeline systems in a state court lawsuit with a pipeline contractor concerning a 20-mile pipeline construction project.  The matter involved claims totaling eight figures for delay, lost productivity, scope changes and changed conditions.

- Represented a general contractor that constructed a hydroelectric power generation facility in disputes with the owner and its engineer and equipment supplier.  The parties asserted claims totaling near nine figures, including contractor claims for delay, lost productivity, cardinal change and wrongful termination, and owner claims for delay damages.

- Represented contractor/EPC consortium partner in connection with disputes related to a project for construction of a $1+ billion supercritical, coal-fired power plant.

- Represented owner of ammonia production facility located in a Caribbean nation in connection with a lawsuit seeking coverage under property insurance policies for $40+ million worth of property damage and business interruption losses stemming from a failure of plant equipment.

- Counsel for owner of a combined cycle power plant in a lawsuit against the engineering firm that designed the plant, prosecuting owner's $10 million claim for various errors and omissions in the design.  After substantial discovery and exchange of expert reports, the parties engaged in mediation.  Through mediation, the case was settled with the engineering firm (and its professional liability insurance carrier) agreeing to pay a multi-million dollar settlement.

- Represented Allegheny Energy and its affiliates in disputes concerning contracts with MobotecUSA valued at $27 million for the turnkey supply of air pollution control systems for three coal-fired power generation facilities.  Mobotec asserted claims against Allegheny Energy for breach of contract, defamation and lost business, seeking $20+ million in damages.  Allegheny Energy disputed the claims and asserted counterclaims for defects in the systems.  After Mr. Chleboski prevailed on key dispositive motions, the case was settled on terms very favorable to Allegheny Energy. *[Consolidated lawsuits styled MobotecUSA, Inc. v. Allegheny Energy Supply Company, LLC, et al., No. A.D. 606-2004, Allegheny Energy Supply Company, LLC, et al. v. MobotecUSA, Inc., et al., No. A.D. 925 of 2005, Court of Common Pleas, Greene County, PA]*



- Counsel for the owner of a $190 million project for design and construction of a 415-ton-per-day, mixed office waste, de-inking mill in arbitration and litigation proceedings (in New York, Pennsylvania and Massachusetts) against Parsons Main, Inc., the EPC contractor, and its parent, The Parsons Corporation, for defective design and construction. The owner asserted claims in excess of $50 million against. Parsons Main asserted a $20 million counterclaim for the unpaid contract balance. Second-chaired the 30 days of evidentiary hearings held in the arbitration proceedings against Parsons Main.

- Counsel for a multinational engineering and construction company with respect to a $2 billion LNG project in Indonesia. Furnished advice and counsel concerning claims and alternative dispute resolution mechanisms under the EPC contract, which included "expert determination" and arbitration under the ICC rules.

- Represented the prime contractor (Mosites) that constructed a parking garage facility at the Greater Pittsburgh International Airport in a sixteen-party lawsuit with the owner, design professionals, the construction manager, the traffic topping system prime contractor, various subcontractors and the garage operator. Owner asserted a $20 million claim against our contractor client and the traffic topping contractor, alleging defective design and construction.

- Represented primary construction subcontractor in disputes with EPC contractor concerning the design and construction of a 550 STPD Nitric Acid Plant. Our client asserted a $1.3 million disruption and productivity impact claim against the EPC contractor.