UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

**SHELBY OWNBEY AND JOYCE OWNBEY,
h/w**

*Plaintiffs,*

v.

**AKER KVAERNER PHARMACEUTICALS,
INC., et al.**

*Defendants.*

CIVIL ACTION No. 2:07-cv-02190-KSH-CLW

---

**AKER KVAERNER PHARMACEUTICALS,
INC.**

Third Party Plaintiff,

v.

**ADVANTAGE BUILDINGS & EXTERIOR,
INC., MID-CONTINENT CASUALTY
CO., ZURICH AMERICAN INSURANCE
COMPANY, and NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH PA.,**

Third Party Defendants.

---

### ORDER GRANTING AKER KVAERNER PHARMACEUTICALS, INC.'S MOTION FOR AN AWARD OF ATTORNEY FEES

**THIS MATTER** having been brought before the Court on Aker Kvaerner Pharmaceuticals, Inc.'s ("Aker") Motion for an Award of Attorney Fees (the "Motion"), and the Court having considered the submissions of the parties in support of and in opposition to the Motion, and for good cause having been shown,

**IT IS**, on this _____ day of _____, 2019, **ORDERED, ADJUDGED AND DECREED** that:

1.    The Motion is hereby **GRANTED.**

2.    Aker is entitled to an award of legal fees and expenses incurred in this lawsuit against (a) Mid-Continent Casualty Co. ("MCC") and Zurich American Insurance Company ("Zurich") under Rule 4:42-9(a)(6) and (b) against Advantage Building & Exterior, Inc. ("Advantage") and Epic Interiors, LLC ("Epic") pursuant to the attorney's fee provisions contained in their contracts in the amounts set forth below.

3.    The Court, having found and determined that the coverage counsel fees and expenses that Aker incurred in this lawsuit were necessarily and properly incurred in successful prosecution of Aker's claims, and were reasonable both as to the hourly rates and time charged, and thus Aker is entitled to recover the following sums:

a.    Solely from MCC:

$_____

b.    Solely from Zurich:

$_____

c.    Solely from Advantage:

$_____

d.   Solely from Epic:

$_____

e.   Jointly and severally from MCC and Zurich:

$_____

f.   Jointly and severally from MCC and Advantage:

$_____

g.   Jointly and severally from Zurich and Epic:

$_____

h.   Jointly and severally from Advantage and Epic:

$_____

j.   Jointly and severally from MCC, Zurich, Advantage, and Epic:

$_____

**IT IS SO ORDERED.**

_____
KATHERINE S. HAYDEN, U.S.D.J.