Marc Dembling, Esq.
Methfessel & Werbel P.C.
2025 Lincoln Highway, Suite 200
Edison, NJ 08818
(732) 248-4200

Joseph L. Luciana, III, Esquire (pro hac)
Ronald J. Chleboski, Jr., Esquire (pro hac)
DFL Legal
20 Stanwix Street, 3rd Floor
Pittsburgh, PA  15222
(412) 926-1800

Attorneys for Defendant/Third Party Plaintiff
Aker Kvaerner Pharmaceuticals Inc.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHELBY OWNBEY AND JOYCE OWNBEY, h/w | |
| *Plaintiffs,* | |
| v. | |
| **AKER KVAERNER PHARMACEUTICALS, INC., et al.** | CIVIL ACTION No. 2:07-cv-02190-KSH-CLW |
| *Defendants.* | |
| **AKER KVAERNER PHARMACEUTICALS, INC.** | |
| Third Party Plaintiff, | |
| v. | |
| **ADVANTAGE BUILDINGS & EXTERIOR, INC., MID-CONTINENT CASUALTY CO., ZURICH AMERICAN INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA.,** | |
| Third Party Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served by electronic filing on all counsel of record Aker Kvaerner Pharmaceuticals, Inc.'s Motion for an Award of Attorney Fees together with all ancillary filings as listed in that Motion.


Dated:  August 14, 2019        METHFESSEL & WERBEL, P.C.


                               By: /s/ Marc Dembling

                               Marc Dembling