# EXHIBIT 1

**SUMMARY OF AKER'S FEE & EXPENSE CLAIM**

| Liable Parties | Fees | Expenses | Fees & Expenses |
|---|---|---|---|
| **SOLE LIABILITY** | | | |
| MCC | $431,037.54 | $52.597.73 | $483,635.27 |
| Zurich | $338,664.60 | $39,668.12 | $378,332.72 |
| Advantage | $62,406.72 | $16,372.35 | $78,779.06 |
| Epic | $162,540.68 | $17,437.93 | $179,978.60 |
| | | | |
| **JOINT & SEVERAL LIABILITY** | | | |
| MCC & Zurich | $77,191.16 | $10,691.17 | $87,882.33 |
| MCC & Advantage | $156,498.35 | $22.88 | $156,521.23 |
| Zurich & Epic | $35,971.65 | $9.00 | $35,980.65 |
| Advantage & Epic | $2,624.46 | $1,248.23 | $3,872.69 |
| MCC, Advantage, Zurich & Epic | $255,651.32 | $19,568.70 | $275,220.01 |
| | | | |
| **TOTALS** | $1,522,586.46 | $157,616.10 | $1,680,202.56 |

*Notes:*

1. *Further support for these figures is provided in Exhibits 3, 4, and 5.*

2. *Slight discrepancies in sums have been caused by rounding.*

3. *All Methfessel & Werbel, P.C. fees are included in the entry for Joint & Several Liability—MCC, Advantage, Zurich & Epic.*