# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**SHELBY OWNBEY AND JOYCE OWNBEY, h/w**

*Plaintiffs,*

v.

**AKER KVAERNER PHARMACEUTICALS, INC., et al.**

*Defendants*.

CIVIL ACTION No. 2:07-cv-02190-KSH-CLW

---

**AKER KVAERNER PHARMACEUTICALS, INC.**

Third Party Plaintiff,

v.

**ADVANTAGE BUILDINGS & EXTERIOR, INC., MID-CONTINENT CASUALTY CO., ZURICH AMERICAN INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA.,**

Third Party Defendants.

---

**[PROPOSED] ORDER GRANTING AKER KVAERNER PHARMACEUTICALS, INC.'S MOTION FOR AN AWARD OF ATTORNEY FEES**

**THIS MATTER** having been brought before the Court on the Motion for an Award of Attorney Fees (the "Fee Application") filed by Aker Kvaerner Pharmaceuticals, Inc.'s ("Aker"), and the Court having considered the submissions of the parties and oral argument in support of and in opposition to the Fee Application, and for good cause having been shown,

**IT IS**, on this _____ day of _____, 2021, **ORDERED,**

**ADJUDGED AND DECREED** that:

1.	The Fee Application is hereby **GRANTED.**

2.	Aker is entitled to an award of legal fees and expenses incurred in this lawsuit against (a) Mid-Continent Casualty Co. ("MCC") and Zurich American Insurance Company ("Zurich") under Rule 4:42-9(a)(6); and (b) against Advantage Building & Exterior, Inc. ("Advantage") and Epic Interiors, LLC ("Epic") pursuant to the attorney's fee provisions contained in their contracts in the amounts set forth below, reflecting the legal fees and expenses incurred by Aker up to August 27, 2021.

3.	The Court, having found and determined that the coverage counsel fees and expenses that Aker incurred in this lawsuit were necessarily and properly incurred in successful prosecution of Aker's claims, and were reasonable as to the hourly rates, time charged and expenses incurred, hereby rules that Aker is entitled to recover a total of One Million, Six Hundred Eighty Thousand, Two Hundred Two Dollars and Fifty-Six Cents ($1,680,202.56) in fees and expenses, allocated as follows:

    a.	Solely from MCC:

    $483,735.27

    b.	Solely from Advantage:

    $78,779.06

    c.	Solely from Zurich:

    $378,332.72

    d.	Solely from Epic:

$179,978.60

e.    Jointly and severally from MCC, Zurich, Advantage, and Epic:

$275,220.01

f.    Jointly and severally from MCC and Zurich:

$87,882.33

g.    Jointly and severally from MCC and Advantage:

$156,521.23

h.    Jointly and severally from Zurich and Epic:

$35,980.65

i.    Jointly and severally from Advantage and Epic:

$3,872.69


**IT IS SO ORDERED.**


_____

KATHERINE S. HAYDEN, U.S.D.J.