# EXHIBIT 3

**SUMMARY OF FEES & EXPENSES INCLUDING DFL/K&L AND M&W**

| | Sole Liability | | | | | Joint & Several Liability | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MCC | Ad | ZA | Epic | Sole Liability Subtotal | All | MCC&ZA | MCC&Ad | ZA&Epic | Ad&Epic | Joint & Several Liability Subtotal | Total Claimed Fees & Expenses |
| DFL/K&L Fees & Expenses | $ 483,635.27 | $ 78,779.06 | $ 378,332.72 | $ 179,978.60 | $ 1,120,725.65 | $ 261,015.52 | $ 87,882.33 | $ 156,521.23 | $ 35,980.65 | $ 3,872.69 | $ 545,272.42 | $ 1,665,998.07 |
| M&W Fees | | | | | | $ 14,204.49 | | | | | $ 14,204.49 | $ 14,204.49 |
| Total | $ 483,635.27 | $ 78,779.06 | $ 378,332.72 | $ 179,978.60 | $ 1,120,725.65 | $ 275,220.01 | $ 87,882.33 | $ 156,521.23 | $ 35,980.65 | $ 3,872.69 | $ 559,476.91 | $ 1,680,202.56 |