# EXHIBIT 6

**APPENDIX:  KEY TO TASK CODES AND TASK GROUPINGS**

To facilitate the Court's review of the Aker's Motion, DFL Legal used Task Codes and Task Groupings to allocate fees between the primary groups of activities that have occurred in this case.  The Task Codes were applied retrospectively to each time entry in the K&L Gates and DFL Legal fee invoices.  Related Task Codes were then organized into separate Task Groupings and tables were generated showing the hours and fees relating to each Task Grouping.

The Task Codes and Task Groupings that DFL Legal used are detailed on the following two pages.

**TASK CODES**

| Task Grouping | Task Code | Description |
|---|---|---|
| A | 1 | Case Set Up (2008) |
| | 2 | Demand Letters to MCC/Advantage (2008) |
| | 3 | Demand Letters to Zurich/Epic (2008) |
| | 4 | Amended Third Party Complaint (2008) |
| B | 5 | Written Discovery – MCC/Advantage (2008-2009) |
| | 6 | Written Discovery – Zurich/Epic (2008-2009) |
| C | 7 | Deposition Discovery – MCC/Advantage (2008-2009) |
| D | 8 | Deposition Discovery – Zurich/Epic (2008-2009) |
| E | 9 | Trial Exhibits and Joint Pretrial Orders (2009 & 2017) |
| F | 10 | Aker's First Motion for Summary Judgment against MCC (2009) |
| | 11 | Aker's First Motion for Summary Judgment against Zurich (2009) |
| | 12 | Aker's Motion for Summary Judgment against Epic (2009-2010) |
| | 13 | Opposition to MCC's Motion for Summary Judgment (2009) |
| | 14 | Opposition to Zurich's First Motion for Summary Judgment (2009) |
| | 15 | Opposition to Epic's Motion for Summary Judgment (2009-2010) |
| | 16 | Opposition to Imclone's Motion for Summary Judgment (2009) |
| G | 17 | Aker's Second Motion for Summary Judgment against MCC (2011) |
| | 18 | Aker's Second Motion for Summary Judgment against Zurich (2011) |
| H | 19 | Aker's Third Motion for Summary Judgment against MCC (2014-2015) |
| | 20 | MCC's Subrogation Claim and Motion to Dismiss (2011-2015) |
| I | 20A | Cross Motions on Zurich's Additional Insured Obligations (2017-2018) |
| | 20B | Opposition to MCC's Reconsideration Motion (2018) |
| J | 21 | Court Conferences (all years) |
| | 21A | Preparation of Initial Detailed Fee Claim Allocation as Ordered by Judge Waldor for Settlement Discussions (2016) |
| K | 22 | Mediations (2009, 2010 & 2016) |
| L | 23 | Negotiation of Deblon Settlement with MCC/Advantage (2011) |
| | 24 | Negotiation of Deblon Settlement with Zurich/Epic (2011) |
| M | 25 | Joint Spreadsheet of Remaining Claims (2011) |
| N | 28 | Legal Research (all years) |
| O | 26 | Client Communications (all years) |
| | 27 | Miscellaneous (all years) |
| P | 30 | Opposition to MCC's 5th Motion Seeking Dismissal of Aker's AI Coverage Claim (2019) |
| Q | 31 | Opposition to Zurich's/Epic's Supplemental Motion Regarding Aker's Contractual Indemnity Claim Against Epic (2019) |
| R | 29 | Fee Application & Detailed Fee Allocations (2018-2019) |
| S | 32 | Updated Fee Application & Detailed Fee Allocations (2020-2021) |

**TASK GROUPING TABLE**

| Task Grouping | Description |
| --- | --- |
| A | Set Up Insurance Case (2008) |
| B | Written Discovery (2008-2009) |
| C | Deposition Discovery – MCC/Advantage (2008-2009) |
| D | Deposition Discovery – Zurich/Epic (2008-2009) |
| E | Joint Pretrial Orders (2009 & 2017) |
| F | Dispositive Motions By All Parties (2009 Round) |
| G | Dispositive Motions Re: MCC & Zurich (2011 Round) |
| H | MCC's Subrogation Claim & Dispositive Motions (2011-2015) |
| I | Dispositive Motions Re: Zurich (2017-2018) |
| J | Court Conferences & 2016 Preliminary Fee Allocation |
| K | Mediations (2009, 2010 & 2016) |
| L | Deblon Negotiations (2011) |
| M | Joint Spreadsheet of Remaining Claims (2011) |
| N | Legal Research |
| O | Miscellaneous & Client Communications |
| P | Opposition to MCC's 5th Motion Re: AI Coverage (2019) |
| Q | Opposition to Zurich's/Epic's Motion (2019) |
| R | Fee Application & Detailed Fee Allocations (2018-2019) |
| S | Updated Fee Application & Detailed Fee Allocations (2020-2021) |