# EXHIBIT 7

# LitCon
## GROUP

Chicago, IL   Pittsburgh, PA   Washington, DC

**Richard DuCarme, MAFF**
*rducarme@litcongroup.com*

**Pittsburgh, PA Office**
One Gateway Center
420 Fort Duquesne Blvd., Suite 2075
Pittsburgh, PA 15222
(412) 338-6705  phone
(215) 689-0921  fax

August 27, 2021

R. J. Chleboski, Esq.
Dingess, Foster, Luciana, Davidson & Chleboski LLP
PNC Center, 3rd Floor
20 Stanwix Street
Pittsburgh, PA  15222

**RE: Aker Ownbey**

Dear Mr. Chleboski:

Enclosed, please find our billing for professional services rendered from August 13, through August 27, 2021, in support of the referenced project.

If you have any questions, please call me at (412) 338-6705.

Very truly yours,

Richard DuCarme, MAFF
Managing Director

Enclosures

ecc: ldavidson@dfllegal.com

Knowledgeable. Experienced. Independent.

# LitCon Group, LLC

**PRIVILEGED AND CONFIDENTIAL**

August 27, 2021

R. J. Chleboski, Esq.
Dingess, Foster, Luciana, Davidson & Chleboski LLP
PNC Center, 3rd Floor
20 Stanwix Street
Pittsburgh, PA 15222

**Invoice Number:  18500-11**

### Re:  Billing for Professional Services - Aker Ownbey

Summary of professional fees for consulting services rendered during the period
August 13 through August 27, 2021.

| | | |
|---|---|---|
| Professional Services | $ | 6,243.75 |
| Out of Pocket Expenses | | - |
| **Total** | **$** | **6,243.75** |

# LitCon Group, LLC

**Professional Services Provided to Dingess, Foster, Luciana, Davidson & Chleboski LLP**

**Aker Ownbey**

**Invoice Number:  18500-11**

Summary of professional fees for consulting services rendered for the period

| Personnel | Title | Hours | Rate | Fees |
|-----------|-------|-------|------|------|
| Brandy Pierce | Senior Consultant | 27.75 | $ 225.00 | $      6,243.75 |
| **Total Hours/Professional Fees:** | | **27.75** | | **$      6,243.75** |

# LitCon Group, LLC

**Detail Time**
**August 13 through August 27, 2021**
**Aker Ownbey**

**Invoice Number 18500-11**

| Date | Billable Hours | Total | Work Description | Consultant |
|------|------|-------|------------------|------------|
| 8/13/2021 | 0.75 | | Review analyses; discuss with attorney. | Brandy Pierce |
| 8/20/2021 | 1.50 | | Prepare template for supplemental time period of fee and expense allocations. | Brandy Pierce |
| 8/23/2021 | 3.50 | | Prepare templates for input of updated data. | Brandy Pierce |
| 8/24/2021 | 4.50 | | Prepare templates and input data; review data; prepare questions for Counsel; emails with Counsel. | Brandy Pierce |
| 8/25/2021 | 0.25 | | Participate in call to discuss data and input process. | Brandy Pierce |
| 8/25/2021 | 1.75 | | Review updated data; prepare data for input into templates; review documents provided by Counsel; provide feedback. | Brandy Pierce |
| 8/26/2021 | 9.00 | | Prepare fee claim templates and summaries; input, process and review data and information provided; prepare email responses to Counsel; review past billing information. | Brandy Pierce |
| 8/27/2021 | 6.50 | | Review data and prepare summaries, templates and additional analyses, as directed by Counsel. | Brandy Pierce |
| | | 27.75 | | **Brandy Pierce Total** |
| | | 27.75 | | **Grand Total** |

# LitCon Group, LLC

## REMITTANCE COPY
**Please Return Remittance Copy with Payment**

Project Name                                              **Aker Ownbey**

Invoice Number                                           **18500-11**

Employer Identification Number                           **20-4041473**

Due Date for Payment                                     **Due upon Receipt**

Remittance Address

\* For payments sent via U.S. mail,
   express mail, or Federal Express          LitCon Group, LLC
                                             201 North Union Street, Suite 400
                                             Alexandria, VA  22314

\* For payments sent via wire                Wells Fargo Bank
                                             1805 Belleview Boulevard
                                             Alexandria, VA  22307
                                             Account Name: LitCon Group, LLC
                                             ABA#: 051400549
                                             Account#: 2000020639763

**Amount Due This Invoice**                              **$6,243.75**

**Outstanding Invoice:**

**Total Amount Due**                                     **$6,243.75**

---

Substitute Form W-9, as provided for in IRS Rev. Proc. 96-26
LitCon Group, LLC certifies:
 - The payee's TIN is correct (20-4041473)
 - The payee is not subject to backup withholding due to failure to report interest and dividend income
 - The payee is a U.S. person (Limited Liability Company classified as a Partnership)
 - The FATCA code entered on this form (if any) indicating that the payee is exempt from FATCA reporting is correct.

August 27, 2021