# EXHIBIT 8

**Ownbey v. Aker Kvaerner Pharmaceuticals, Inc., et al., Civil No. 17-2190 (KSH)**
**Summary of Fees Not Charged**

| | Ronald J Chleboski | | | Victor Abe Delnore | | | Roberta A. Cramer | | | Total Not Charged | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Amount | Hours | Rate | Amount | Hours | Rate | Amount | Hours | Amount |
| | A | B | C = A x B | A | B | C = A x B | A | B | C = A x B | | |
| November 2019 | 1.70 | $ 450.00 | $ 765.00 | 2.10 | $ 300.00 | $ 630.00 | - | $ 150.00 | $ - | 3.80 | $ 1,395.00 |
| December 2019 | 3.30 | 450.00 | 1,485.00 | 10.40 | 300.00 | 3,120.00 | - | 150.00 | - | 13.70 | 4,605.00 |
| January 2020 | 12.50 | 450.00 | 5,625.00 | 24.60 | 300.00 | 7,380.00 | 0.60 | 150.00 | 90.00 | 37.70 | 13,095.00 |
| **Total** | **17.50** | | **$ 7,875.00** | **37.10** | | **$ 11,130.00** | **0.60** | | **$ 90.00** | **55.20** | **$ 19,095.00** |