# EXHIBIT 9

**Exhibit C to Aker's Reply to Zurich in Support of Fee Application**
**K&L Gates/DFL Legal Timekeeper Summary**

| Name | Firm | Title | Education | Timespan | Rates | Hours | Fees | Comments |
|---|---|---|---|---|---|---|---|---|
| Ronald J. Chleboski, Jr. | Both | Partner | J.D. 1992 | 9/08-present | $405-$450 (K&L); $450 (DFL) | 1,634.3 | $696,004.11 | |
| Joseph L. Luciana, III | Both | Partner | J.D. 1987 | 9/08-present | $450-$522 (K&L); $450 (DFL) | 656.5 | $306,713.88 | |
| Megan Smith Miller | K&L | Associate | J.D. 2006 | 10/08-2/10 | $225-$279 | 519.4 | $128,653.94 | |
| Roberta Cramer | Both | Paralegal | Certificate 1997 | 9/08-present | $144-$180 (K&L); $150 (DFL) | 479.7 | $74,694.76 | Lead paralegal |
| Victor A. Delnore | DFL | Associate | J.D. 2010 | 10/17-present | $300 | 545.2 | $152,430.00 | |
| Denise H. Sullivan | DFL | Contract; Associate | J.D. 1983 | 1/14-11/19 | $200-$250 | 276.4 | $65,300.00 | Transitioned to associate 11/16 |
| Rachel M. Rosnick | DFL | Contract | J.D. 2010 | 8/16-6/17 | $140 | 126.3 | $17,682.00 | |
| Brian J. Kluckman | K&L | Associate | J.D. 2008 | 5/09 | $225 | 91.1 | $20,497.50 | |
| Margaret T. Korgul | K&L | Associate | J.D. 2004 | 10/08-4/10 | $247.50-$288 | 86.8 | $21,438.85 | K&L's Newark office |
| Matthew Comstock | DFL | Contract | J.D. 2011 | 10/18-10/19 | $150 | 79.0 | $11,850.00 | |
| Lubna El-Gendi | K&L | Associate | J.D. 2008 | 5/09 | $225 | 86.6 | $19,485.00 | |
| James S. Malloy | DFL | Associate | J.D. 2002 | 2/11-10/15 | $350 | 72.6 | $25,410.00 | |
| Michael P. Gaetani | K&L | Associate | J.D. 2008 | 3/09-6/09 | $225 | 42.5 | $9,562.50 | |
| Mark Urick | K&L | Paralegal | | 6/09 | $216 | 40.4 | $8,726.40 | |
| D.H. LeBroff | K&L | Clerk | | 3/09-6/09 | $90 | 39.4 | $3,546.00 | K&L's Newark office |
| Kari M. Horner | K&L | Associate | J.D. 2005 | 10/08-11/08 | $247.50 | 20.2 | $3,714.36 | |
| Samantha L. Brutout | DFL | Associate | J.D. 2006 | 6/15 | $300 | 18.6 | $5,580.00 | |

| Name | Firm | Title | Education | Timespan | Rates | Hours | Fees | Comments |
|---|---|---|---|---|---|---|---|---|
| Val Lamanna | Both | Paralegal | Certificate 1986 | 4/09-4/11 | $180 (K&L); $150 (DFL) | 16.3 | $2,675.50 | |
| David G. Meredith | DFL | Associate | J.D. 2009 | 8/16 | $300 | 15.2 | $4,560.00 | |
| David J. Miller | DFL | Associate | J.D. 2005 | 8/11 | $300 | 10.6 | $3,180.00 | |
| Mohamed H. Shiliwala | K&L | Associate | J.D. 2007 | 2/09 | $220.50 | 10.2 | $2,249.10 | K&L's Newark office |
| Talmadge Dowling | DFL | Contract | J.D. 2008 | 3/10 | $150 | 5.1 | $765.00 | |
| Ashley L. Turner | K&L | Summer | J.D. 2010 | 6/09 | $180 | 4.8 | $864.00 | K&L's Newark office |
| Julie Harbay | K&L | Librarian | J.D. 2004; M.L.I.S. 2005 | 5/09 | $153 | 2.4 | $367.20 | |
| P.J. Van Bortel | K&L | Paralegal | | 10/08 | $207 | 1.5 | $222.88 | K&L's Newark office |
| Anthony Blanchflower | K&L | Clerk | | 5/09 | $90 | 1.1 | $99.00 | |
| Cindy L. Sabish | K&L | Paralegal | | 4/09 | $243 | 0.3 | $72.90 | |

Notes:
1. Titles are those held during period of work on this case.  Titles are defined as follows:
   - Partner:  attorney at partner level
   - Associate:  attorney at associate level
   - Contract:  contract attorney
   - Paralegal:  non-attorney staff with higher level of responsibility and typically holding a paralegal certificate
   - Clerk:  non-attorney staff with lower level of responsibility
   - Librarian:  law librarian
   - Summer:  law student participating in K&L Gates Summer Associate Training Program
2. K&L Gates rates include 10% discount.
3. K&L Gates rates generally increased annually.  DFL Legal rates have not increased, except that Ms. Sullivan's hourly rate increased when she was promoted from contract attorney to associate attorney.
4. K&L Gates personnel are Pittsburgh-based unless noted as Newark-based in comments column.  All DFL Legal personnel are Pittsburgh-based.
5. Hours and fees are through August 27, 2021.