# EXHIBIT 10



**HOURS BY BILLING RATE**

Hours by Rate

| Rate | Hours | Percentage |
|---|---|---|
| $ 522.00 | 18.10 | 0.4% |
| $ 495.00 | 272.70 | 5.6% |
| $ 450.00 | 1,381.80 | 28.3% |
| $ 427.50 | 419.40 | 8.6% |
| $ 405.00 | 170.30 | 3.5% |
| $ 350.00 | 72.60 | 1.5% |
| $ 300.00 | 552.50 | 11.3% |
| $ 288.00 | 3.30 | 0.1% |
| $ 279.00 | 0.10 | 0.0% |
| $ 261.00 | 493.90 | 10.1% |
| $ 250.00 | 200.40 | 4.1% |
| $ 247.50 | 40.30 | 0.8% |
| $ 243.00 | 0.30 | 0.0% |
| $ 225.00 | 317.70 | 6.5% |
| $ 220.50 | 10.20 | 0.2% |
| $ 216.00 | 40.40 | 0.8% |
| $ 207.00 | 1.50 | 0.0% |
| $ 200.00 | 76.00 | 1.6% |
| $ 180.00 | 13.30 | 0.3% |
| $ 162.00 | 258.50 | 5.3% |
| $ 153.00 | 2.40 | 0.0% |
| $ 150.00 | 301.20 | 6.2% |
| $ 144.00 | 10.80 | 0.2% |
| $ 140.00 | 126.30 | 2.6% |
| $ 125.00 | 0.50 | 0.0% |
| $ 90.00 | 40.50 | 0.8% |
| $ - | 57.50 | 1.2% |
| | 4,882.50 | 100.0% |
| | - | |