# EXHIBIT 11



**HOURS BY TIMEKEEPER**

Hours by Timekeeper

| Timekeeper | Hours | Percentage |
|---|---|---|
| Ronald J Chleboski | 1,634.30 | 33.5% |
| Joseph L Luciana | 656.50 | 13.4% |
| Victor Abe Delnore | 545.20 | 11.2% |
| Smith Miller , M. E. | 519.40 | 10.6% |
| Roberta A. Cramer | 479.70 | 9.8% |
| Denise H. Sullivan | 276.40 | 5.7% |
| Rachel M. Rosnick | 126.30 | 2.6% |
| Kluckman, Brian J. | 91.10 | 1.9% |
| Korgul, Margaret T. | 86.80 | 1.8% |
| El-Gendi , L. | 86.60 | 1.8% |
| Matthew Comstock | 79.00 | 1.6% |
| James S. Malloy | 72.60 | 1.5% |
| Gaetani , M. P. | 42.50 | 0.9% |
| Urick, M. | 40.40 | 0.8% |
| DeBroff , D. H. | 39.40 | 0.8% |
| Horner , Kari M. | 20.20 | 0.4% |
| Samantha L. Brutout | 18.60 | 0.4% |
| Lamanna , V. K. | 16.30 | 0.3% |
| David G. Meredith | 15.20 | 0.3% |
| David J. Miller | 10.60 | 0.2% |
| Shiliwala , M. H. | 10.20 | 0.2% |
| Talmadge Dowling | 5.10 | 0.1% |
| Turner , Ashley L. | 4.80 | 0.1% |
| Harbay , J. A. | 2.40 | 0.0% |
| VanBortel , P. J. | 1.50 | 0.0% |
| Blanchflower, A. J. | 1.10 | 0.0% |
| Sabish, C. L. | 0.30 | 0.0% |
| | 4,882.50 | 100.0% |