# EXHIBIT 12



**FEES BY TIMEKEEPER**

Fees by Timekeeper

| Timekeeper | | Amount | Percentage |
|---|---|---|---|
| Ronald J Chleboski | $ | 696,004.11 | 43.9% |
| Joseph L Luciana | $ | 306,713.88 | 19.3% |
| Victor Abe Delnore | $ | 152,430.00 | 9.6% |
| Smith Miller , M. E. | $ | 128,653.94 | 8.1% |
| Roberta A. Cramer | $ | 74,694.76 | 4.7% |
| Denise H. Sullivan | $ | 65,300.00 | 4.1% |
| James S. Malloy | $ | 25,410.00 | 1.6% |
| Korgul, Margaret T. | $ | 21,438.85 | 1.4% |
| Kluckman, Brian J. | $ | 20,497.50 | 1.3% |
| El-Gendi , L. | $ | 19,485.00 | 1.2% |
| Rachel M. Rosnick | $ | 17,682.00 | 1.1% |
| Matthew Comstock | $ | 11,850.00 | 0.7% |
| Gaetani , M. P. | $ | 9,562.50 | 0.6% |
| Urick, M. | $ | 8,726.40 | 0.6% |
| Samantha L. Brutout | $ | 5,580.00 | 0.4% |
| David G. Meredith | $ | 4,560.00 | 0.3% |
| Horner , Kari M. | $ | 3,714.36 | 0.2% |
| DeBroff , D. H. | $ | 3,546.00 | 0.2% |
| David J. Miller | $ | 3,180.00 | 0.2% |
| Lamanna , V. K. | $ | 2,675.50 | 0.2% |
| Shiliwala , M. H. | $ | 2,249.10 | 0.1% |
| Turner , Ashley L. | $ | 864.00 | 0.1% |
| Talmadge Dowling | $ | 765.00 | 0.0% |
| Harbay , J. A. | $ | 367.20 | 0.0% |
| VanBortel , P. J. | $ | 222.88 | 0.0% |
| Blanchflower, A. J. | $ | 99.00 | 0.0% |
| Sabish, C. L. | $ | 72.90 | 0.0% |
| | $ | 1,586,344.89 | 100.0% |