Marc Dembling - ID #255621969
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
mailbox@methwerb.com
Attorneys for Aker Kvaerner Pharmaceuticals Inc.
Our File No.  78403 MDE

| | |
|---|---|
| SHELBY OWNBEY AND JOYCE OWNBEY, H/W<br><br>              Plaintiff,<br><br>V.<br><br>AKER KVAERNER INDUSTRIAL CONSTRUCTORS, ET AL.<br><br>              Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION:UNITED STATES DISTRICT - NEWARK<br>DOCKET NO.: 2:07-CV-02190-KSH-CLW<br>CIVIL ACTION NO. 2:07-CV-02190-FSH-PS<br><br>              Civil Action<br><br>**CERTIFICATION** |

Marc L. Dembling of full age certifies as follows:

1.    I am an attorney at law of State of New Jersey and a partner in the law firm of Methfessel & Werbel. P.C.

2.    The copies of the invoices submitted with the application to the Court previously were copies which had our billing through August 7, 2019.  Attached hereto is our billing from August 7, 2019 through August 24, 2021.

3.    The work undertaken by Methfessel & Werbel, P.C, was reasonably necessary to the representation of Aker Kvaerner Pharmaceuticals, Inc.

4.      All of the invoices issued by Methfessel & Werbel, P.C. to the
date of this certification have been paid.

5.      A copy of the most current billing statement is enclosed herein
through August 24, 2021.

I certify that the above statements made by me are true.  I am aware
that if any of them are willfully false I am subject to punishment.

_____
Marc Dembling

DATED:  8/27/2021

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Responsible: Marc Dembling** | | | | | | | | | | | |
| 3783332 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/07/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3785620 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/12/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3785621 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/12/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3787423 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/14/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3787424 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/14/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3787580 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/14/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3787581 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/14/2019 | 0.50 | $130.00 | $65.00 | 0.50 | $130.00 | $65.00 | $0.00 |
| 3787582 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/14/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3787583 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/14/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3787584 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/14/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3787586 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/15/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3788013 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/15/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3788014 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/15/2019 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 3788015 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/15/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3803922 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/11/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3804732 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/12/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3806961 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/17/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3806962 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/17/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3807152 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/17/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3810155 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.60 | $130.00 | $78.00 | 0.60 | $130.00 | $78.00 | $0.00 |
| 3810156 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3810157 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.90 | $130.00 | $117.00 | 0.90 | $130.00 | $117.00 | $0.00 |
| 3810158 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 3810159 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date greater than or equal Ask user ('Type in the beginnning date in the format of: 01/01/2003') and date less than or equal ask user ('Type in the ending date in the format of: 01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3810162 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3810163 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3810164 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/23/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3811140 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/24/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3811781 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/25/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3811782 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/25/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3811783 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/25/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3812581 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 09/26/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3828142 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 10/22/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3828143 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 10/22/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3834245 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 10/31/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3834246 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 10/31/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3834247 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 10/31/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3835628 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/01/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3836699 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/04/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3836700 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/04/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3838352 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/06/2019 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 3838353 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/06/2019 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3838354 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/06/2019 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 3838355 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/06/2019 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 3838358 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/06/2019 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 3838359 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/06/2019 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 3838363 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/06/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3840810 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/11/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3840811 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/11/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3840813 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/11/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3840814 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 11/11/2019 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3887910 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 01/30/2020 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 3888835 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | jmp | 01/31/2020 | 0.10 | $80.00 | $8.00 | 0.10 | $80.00 | $8.00 | $0.00 |
| 3888836 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 01/31/2020 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |

8/25/2021 9:09:31 AM                                                                                                                                    Page 9 of 20

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3888837 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 01/31/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3888838 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 01/31/2020 | 0.50 | $130.00 | $65.00 | 0.50 | $130.00 | $65.00 | $0.00 |
| 3888839 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 01/31/2020 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 3888840 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 01/31/2020 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 3888841 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 01/31/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3892055 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 02/05/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3892056 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 02/05/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3897650 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 02/13/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3923102 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 03/24/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3923103 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 03/24/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 3925014 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 03/26/2020 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 3925015 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 03/26/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3925016 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 03/26/2020 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4132080 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 02/16/2021 | 1.00 | $130.00 | $130.00 | 1.00 | $130.00 | $130.00 | $0.00 |
| 4132081 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 02/16/2021 | 0.50 | $130.00 | $65.00 | 0.50 | $130.00 | $65.00 | $0.00 |
| 4225505 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/01/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4225506 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/01/2021 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 4225507 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/01/2021 | 0.30 | $130.00 | $39.00 | 0.30 | $130.00 | $39.00 | $0.00 |

8/25/2021 9:09:31 AM

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4229904 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/08/2021 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 4229905 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/08/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4231318 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/12/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4231319 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/12/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4231320 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/12/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4231321 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/12/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4231322 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/12/2021 | 0.30 | $130.00 | $39.00 | 0.30 | $130.00 | $39.00 | $0.00 |
| 4231520 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/12/2021 | 0.80 | $130.00 | $104.00 | 0.80 | $130.00 | $104.00 | $0.00 |
| 4233108 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 07/14/2021 | 0.30 | $130.00 | $39.00 | 0.30 | $130.00 | $39.00 | $0.00 |
| 4245475 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/02/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4245476 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/02/2021 | 0.40 | $130.00 | $52.00 | 0.40 | $130.00 | $52.00 | $0.00 |
| 4245477 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/02/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date greater than or equal Ask user ('Type in the beginnning date in the format of: 01/01/2003') and date less than or equal ask user ('Type in the ending date in the format of: 01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4245478 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/02/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4245479 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/02/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4247329 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/04/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4247330 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/04/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4247331 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/04/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4247332 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/04/2021 | 0.30 | $130.00 | $39.00 | 0.30 | $130.00 | $39.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4248298 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/05/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4248299 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/05/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4248300 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/05/2021 | 0.30 | $130.00 | $39.00 | 0.30 | $130.00 | $39.00 | $0.00 |
| 4249614 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/08/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4249615 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/08/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4249616 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/08/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date greater than or equal Ask user ('Type in the beginnning date in the format of: 01/01/2003') and date less than or equal ask user ('Type in the ending date in the format of: 01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4251320 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/10/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4251321 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/10/2021 | 0.50 | $130.00 | $65.00 | 0.50 | $130.00 | $65.00 | $0.00 |
| 4252844 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/12/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4252845 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/12/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4252846 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/12/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4252847 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/12/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4255255 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/17/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4255256 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/16/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4255257 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/17/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4257172 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/19/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4257173 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/19/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4257174 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/19/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4257175 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/19/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4257176 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/19/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4258420 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/20/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4259332 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/23/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4259333 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/23/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| 4259334 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/23/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees

# Methfessel & Werbel, Esqs.

## AssignedProf-Worked and Billed

| Trans No. | Matter ID | Client Sort Matter Description | Prof | Date | Units | Price | Value | Stm Units | Stmn Price | Ext. Amt. | Write Up/ Down |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4260797 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/24/2021 | 0.20 | $130.00 | $26.00 | 0.20 | $130.00 | $26.00 | $0.00 |
| 4260798 | 78403 | Liberty Mutual Insurance Company [5] OWNBEY, SHELBY VS. AKER KVAERNER PHARMACEUTICAL, ET AL. | MDE | 08/24/2021 | 0.10 | $130.00 | $13.00 | 0.10 | $130.00 | $13.00 | $0.00 |
| | | **Responsible: Marc Dembling** | | | 23.10 | $15,030.00 | $2,998.00 | 23.10 | $15,030.00 | $2,998.00 | $0.00 |
| | | **Grand Total:** | | | 23.10 | $15,030.00 | $2,998.00 | 23.10 | $15,030.00 | $2,998.00 | $0.00 |

8/25/2021 9:09:31 AM

matter id ask user ('Enter the Matter ID in the format') date
greater than or equal Ask user ('Type in the beginnning date
in the format of: 01/01/2003') and date less than or equal
ask user ('Type in the ending date in the format of:
01/31/2003') and component type fees